IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.                                    CASE NO. 4:15cv104-RH/CAS

GADSDEN COUNTY SCHOOL BOARD,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 7. I have reviewed de novo the issues raised by the objections.

The objections do not address at all the grounds for dismissal set out in the report and recommendation. The objections seem to address a wholly different claim from that alleged in the complaint. In any event, the complaint does not state a claim on which relief can be granted. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on December 15, 2015.

s/Robert L. Hinkle  
United States District Judge